IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                               PLAINTIFF

Vs.                            NO. 4:05cr00156-01 SWW

SHAUNDREKA INGRAM                                                      DEFENDANT

### ORDER OF CLARIFICATION

On April 7, 2006, the Court entered an order modifying Defendant's conditions of release to remove electronic monitoring (docket entry #36). The order stated that "all other conditions of release shall remain in effect." The Court intended that, in addition to the removal of electronic monitoring, the other restrictions of "Home Incarceration" also be removed. That is, Plaintiff shall not be "restricted to [her] residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising office." She is to be free to come and go on a daily basis as she wishes. She remains subject to all other conditions of release.

IT IS SO ORDERED this 13th day of April, 2006.

_____
UNITED STATES MAGISTRATE JUDGE